AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Carol Beth Shine<br>*Plaintiff*<br>v.<br>New York Life Ins. and Annuity Corporation<br>*Defendant, Third-party plaintiff*<br>v.<br>Commission to Every Nation<br>*Third-party defendant* | )<br>)<br>)   Civil Action No.  4:21-cv-00141<br>)<br>)<br>)<br>)<br>) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*   Commission to Every Nation
815 Jefferson St., Suite 200
Kerrville, TX 78028

     A lawsuit has been filed against defendant   NY Life Ins. & Ann. Corp.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Carol Beth Shine  .

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
  Steven D. Seybold, Reeves & Brightwell LLP
  221 W. Sixth St., Suite 1000
  Austin, TX 78701

     It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Eric T. Bean and Jimmy Walker, Dinkins Kelly Lenox Lamb & Walker, L.L.P.
  2500 East T.C. Jester Blvd., Suite 675
  Houston, TX 77008-1461

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

     A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

*Nathan Ochsner, Clerk of Court*

Date: January 22, 2021

*s/ CSarrat*
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 4:21-cv-00141

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| Carol Beth Shine<br>*Plaintiff*<br>v.<br>New York Life Ins. and Annuity Corporation<br>*Defendant, Third-party plaintiff*<br>v.<br>International Christian Concern Inc.<br>*Third-party defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 4:21-cv-00141 |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)* International Christian Concern Inc.
2020 Pennsylvania Avenue NW 941
Washington, D.C. 20006

    A lawsuit has been filed against defendant __NY Life Ins. & Ann. Corp.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Carol Beth Shine__.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Steven D. Seybold, Reeves & Brightwell LLP
221 W. Sixth St., Suite 1000
Austin, TX 78701

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Eric T. Bean and Jimmy Walker, Dinkins Kelly Lenox Lamb & Walker, L.L.P.
2500 East T.C. Jester Blvd., Suite 675
Houston, TX 77008-1461

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

*Nathan Ochsner, Clerk of Court*

Date: January 22, 2021

*s/ CSarrat*
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 4:21-cv-00141

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Carol Beth Shine <br> *Plaintiff* <br> v. <br> New York Life Ins. and Annuity Corporation <br> *Defendant, Third-party plaintiff* <br> v. <br> International Messengers <br> *Third-party defendant* | ) ) ) ) ) ) ) ) ) Civil Action No.  4:21-cv-00141 |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  International Messengers
110 Orchard Court
PO Box 618
Clear Lake, Iowa 50428

   A lawsuit has been filed against defendant   NY Life Ins. & Ann. Corp.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Carol Beth Shine  .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
  Steven D. Seybold, Reeves & Brightwell LLP
  221 W. Sixth St., Suite 1000
  Austin, TX 78701

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Eric T. Bean and Jimmy Walker, Dinkins Kelly Lenox Lamb & Walker, L.L.P.
  2500 East T.C. Jester Blvd., Suite 675
  Houston, TX 77008-1461

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

*Nathan Ochsner, Clerk of Court*

Date: January 22, 2021

  *s/ CSarrat*
  *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 4:21-cv-00141

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| Carol Beth Shine | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:21-cv-00141 |
| New York Life Ins. and Annuity Corporation | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| Persecution Project Foundation | ) | |
| *Third-party defendant* | ) | |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)* Persecution Project Foundation
215 N. West Street
Culpepper, VA 22701

A lawsuit has been filed against defendant NY Life Ins. & Ann. Corp., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Carol Beth Shine.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Steven D. Seybold, Reeves & Brightwell LLP
221 W. Sixth St., Suite 1000
Austin, TX 78701

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Eric T. Bean and Jimmy Walker, Dinkins Kelly Lenox Lamb & Walker, L.L.P.
2500 East T.C. Jester Blvd., Suite 675
Houston, TX 77008-1461

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

*Nathan Ochsner, Clerk of Court*

Date: January 22, 2021

*s/ CSarrat*
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 4:21-cv-00141

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: