**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS**

Carol Beth Shine
Plaintiff(s),

vs.

New York Life Insurance and Annuity Corporation
Defendant(s).

ATTORNEY: D'ARCAMBAL, OUSLEY & CUYLER BURK LLP

CASE NUMBER: 4:21-CV-00141

DATE OF FILING: 01/25/2021

## AFFIDAVIT OF SERVICE

STATE OF Kentucky: COUNTY OF KENTON   ss:

I, Shannon Day, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Kentucky.

That on **03/08/2021** at **2:11 PM** at **100 Crosby Pkwy, Mail Zone KC1D-FCS, Covington, KY 41015**,
Deponent served the **Summons on a Third-Party Complaint, New York Life Insurance and Annuity Corporation's Answer Affirmative Defenses and Counterclaim and Third Party Petition for Relief in Interpleader with Supporting Documents** upon **Fidelity Investments Charitable Account**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Steve Templeton** personally, a person who stated to be an authorized agent to receive process service for **Fidelity Investments Charitable Account**. Deponent knew said business so served to be the business described in said **Summons on a Third-Party Complaint, New York Life Insurance and Annuity Corporation's Answer Affirmative Defenses and Counterclaim and Third Party Petition for Relief in Interpleader with Supporting Documents** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Authorized Agent** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male** Skin: **White** Hair: **Brown** Age (Approx): **55** Height(Approx): **5'9"** Weight(Approx): **225-250 lbs** Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this
March 10th, 2021

*[Notary seal: KENNETH DAY, NOTARY PUBLIC, STATE OF OHIO, MY COMMISSION EXPIRES 11/11/2025]*

Shannon Day

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530  516-333-3447 Lic# 1422060
Case No: 1623034