UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
April 22, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Carol Shine, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-21-141 |
| § | |
| Lincoln National Life Insurance § | |
| Company, et al., § | |
| § | |
| Defendants. § | |

## Order to Deposit

1. By May 14, 2021, New York Life Insurance and Annuity Corporation: (a) may deposit the full value of the death benefits under the policies ending 058 and 308 with the clerk of the court, and (b) must give all records associated with the policies, especially their creation. (39)

2. The clerk of the court must deposit those funds into an interest-bearing account and maintain the account.

3. Once the funds have been deposited, the parties must jointly file a notice so that the court can dismiss New York Life with prejudice, discharge New York Life of liability relating to the annuities, and enjoin Carol Shine and the third-party defendants from suing New York Life related to the annuities.

Signed on April 21, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge