UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 12, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Carol Shine, | § |
|       Plaintiff, | § |
| *versus* | §     Civil Action H-21-141 |
| Lincoln National Life Insurance Company, *et al.*, | § |
|       Defendants. | § |

## Partial Dismissal

1. Because it has deposited the value of its annuities with the court's registry, and upon the agreement of the parties, New York Life Insurance and Annuity Corporation is dismissed with prejudice. (43)

2. New York Life is discharged of all liability related to the annuities ending 058 and 308.

3. Carol Shine, Fidelity Investments Charitable Account, Servant Group International, Commission to Every Nation, Persecution Project Foundation, International Messengers, and International Christian Concern are enjoined from suing New York Life related to these annuities.

Signed on May 12, 2021, at Houston, Texas.

                                                Lynn N. Hughes
                                          United States District Judge